# EXHIBIT C


**Good morning hope you had a great weekend!**

**Did you granulize pricing from the big deal more?**

**And did you receive p&l's.**

> Good morning, weekend was great.
>
> Requested it twice from Deran, not received. I think I need to go directly to Matt, not sure what access deran has anymore.
>
> Are you sure you want movement p&ls's (their proprietary/confidential docs) on summit servers?

Delivered

**Not on our servers.**

**Can u maybe set up misc whatsapp account and have them texted there?**

iMessage

**Todd**

Me: Are you sure you want movement p&ls's (their proprietary/confidential docs) on summit servers?

Todd: Not on our servers.

Can u maybe set up misc whatsapp account and have them texted there?

Todd: FYI

I think WhatsApp is admissible in court