# EXHIBIT G

Team,

We have a meeting Friday and I just spoke to Matt.

Here is how Movement does it now and how I think we should do it:

Basically what Movement does is do Crystal for every Branch and pay the BM (what they call Area Manager) is

- I believe this will work because we are all aligned
- This is example of Tampa Branch he met with:
    - Margins:
        - Govt 
        - Conv 
        - They mostly flat line these numbers but it does change from branch to branch a bit
        - Corp would sometimes take margins down  or  bps to make pricing better to get more volume
        - They did not change these margins much because they wanted simplicity and they could also raise corp margin when price pressure was not as great