# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVEMENT MORTGAGE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TODD SCRIMA,<br><br>    Defendant. | Case No. 2:23-cv-02904-DJC-KJN<br><br>**ORDER ON CONSENT MOTION FOR ADMINISTRATIVE RELIEF TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS (L.R. 144 AND 233)** |

Upon consideration of the Consent Motion for Administrative Relief to Extend Time to Respond to Motion to Dismiss filed by Plaintiff on March 15, 2024, and for the good cause set forth therein, it is this __ day of March, 2024, hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that Plaintiff's deadline to file an opposition to Defendant's March 5, 2024, Motion to Dismiss shall be set for April 2, 2024; it is further

ORDERED that the deadline for Defendant to file any Reply in support of his Motion to Dismiss shall run from twenty days following the filing of Plaintiff's Opposition; it is further

ORDERED that the hearing on Defendant's Motion remain scheduled for May 9, 2024.

**SO ORDERED.**

Dated: March 22, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE