UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOVEMENT MORTGAGE,<br><br>             Plaintiff,<br><br>       v.<br><br>TODD SCRIMA,<br><br>             Defendant. | No. 2:23-cv-02904-DJC-CSK<br><br>**ORDER** |

The parties to this action have jointly requested that this action be transferred to the Western District of North Carolina.  (ECF No. 26.)  Having reviewed the parties' request, venue appears appropriate in the Western District of North Carolina as the action may have been brought in that district and it is more convenient for the parties and witnesses.  *See* 28 U.S.C. § 1404(a).

Accordingly and in the interests of justice pursuant to 28 U.S.C. § 1404(a), IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Western District of North Carolina.  The hearing on this motion presently scheduled for November 14, 2024, at 1:30pm in Courtroom is VACATED.

IT IS SO ORDERED.

Dated:   **November 4, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

1